mentioned or referred to in said papers was made by the supposed maker thereof; and, therefore, that plaintiff had failed to allege a state of facts coming within the coverage of the bond in suit.

*Samuel J. Rosensohn* for appellant.
*Stewart Maurice* for respondent.

Judgment in each case affirmed with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

BURT D. POWELSON, Appellant, *v.* MCINTOSH & SEYMOUR CORPORATION, Respondent.

*Commissions — services — action by salesman to recover commissions alleged to be due.*

*Powelson* v. *McIntosh & Seymour Corp.*, 213 App. Div. 855, affirmed.

(Argued December 18, 1925; decided January 12, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 20, 1925, affirming a judgment in favor of plaintiff entered upon a verdict for a portion of the relief demanded in the complaint. The action was to recover commissions. Plaintiff was employed as a salesman by the defendant, a corporation which manufactured oil engines of the Diesel type. He claimed to be entitled to a flat commission of ten per cent as compensation for his services in connection with certain contracts made by defendant for the manufacture and delivery of certain specified engines. This was denied by defendant.

*John L. Lockwood* and *William P. Jeffery* for appellant.
*R. E. Digney* and *Joseph A. Byrne* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.